UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:26-cv-01353-AH (DSR) | Date February 20, 2026 |
| Title *Jose Guadalupe Ayon Pedroza et al v. Kristi Noem et al.* | |

Present: The Honorable **Anne Hwang, United States District Judge**

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER ISSUING A PRELIMINARY INJUNCTION (DKT. NO. 4)

On February 10, 2026, Petitioner Jose Guadalupe Ayon Pedroza ("Petitioner") filed a petition against Respondents Kristi Noem, Rodney S. Scott, Jaime Rios, and Eddy Wang ("Respondents"), seeking a writ of habeas corpus. *See generally* Dkt. No. 1. On the same day, Petitioner filed an *ex parte* Application for a Temporary Restraining Order ("Application"). Appl., Dkt. No. 4. The Court ordered briefing on the Application. Dkt. No. 6. On February 13, 2026, Respondents filed a Response to the Motion. Resp., Dkt. No. 8. On February 18, 2026, the Court held a hearing, converted the Application to a Motion for Preliminary Injunction, and issued an oral ruling.

Consistent with the Court's oral ruling, the Court **GRANTS** in part Petitioner's Motion. Respondents are enjoined from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of this Order. At the bond hearing, the immigration judge must review all evidence related to Petitioner's danger and flight risk, and reach a reasoned decision regarding Petitioner's detention.

**IT IS SO ORDERED.**